374 A.2d 693

COMMONWEALTH of Pennsylvania

v.

Robert Lee HAGOOD, Appellant.

Supreme Court of Pennsylvania.

Argued May 27, 1977.

Decided July 8, 1977.

Philip D. Freedman, Asst. Public Defender, Harrisburg, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Marion E. MacIntyre, Second Asst. Dist. Atty., Reid H. Weingarten, Deputy Dist. Atty., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, and MANDERINO, JJ.


OPINION OF THE COURT

PER CURIAM:

Order affirmed.